# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| James E. Moore, et al, ) | **COURT MINUTES** |
| ) | BEFORE: Michael J. Davis |
| Plaintiff, ) | U.S. District Judge |
| ) | |
| v. ) | Case No: 08cv782 MJD/AJB |
| ) | Date: June 27, 2008 |
| Lance J. Berg, ) | Deputy: Susan Schempf |
| ) | Court Reporter: Lori Simpson |
| Defendant. ) | Time Commenced: 09:15 a.m. |
| ) | Time Concluded: 09:22 a.m. |
| ) | Time in Court: 7 Minutes |

Hearing on:   Motion for Entry of Default [6]

APPEARANCES:

    Plaintiff:   Amanda Cefalu
    Defendant:   Pro Se

PROCEEDINGS:

    ☒ Matter heard and continued to July 11, 2008 at 9:00 a.m.

**IT IS ORDERED:

    ☒ **Submitted**

s/Susan Schempf<br>Judicial Assistant